UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD FREEMAN, | No. C03-5440 MJJ (EMC) |
| Plaintiff, | |
| v. | **ORDER VACATING HEARING ON DEFENDANTS' MOTION TO COMPEL AND SETTING REPLY DATE** |
| JUDGE RITCHIE, et al., | |
| Defendants. | |

Defendants have filed a Motion to Compel Discovery which is set for hearing on March 29, 2006. As Plaintiff's counsel has conditionally withdrawn, and Plaintiff is incarcerated at Pleasant Valley State Prison in Coalinga, California, the hearing on Defendants' Motion to Compel is vacated.

Plaintiff's opposition to the Motion to Compel, dated March 8, 2006, was filed on March 20, 2006. As Defendants' reply was due on March 15, 2006, the Court hereby extends the reply date to March 24, 2006. The matter will be deemed submitted upon filing of the reply papers.

As substitution of counsel has not been filed, attorney Jedediah Phillips shall forward a copy of this order to Plaintiff pursuant to the conditions of withdrawal as counsel. L.R.11-5(b).

IT IS SO ORDERED.

Dated: March 21, 2006

_____
EDWARD M. CHEN
United States Magistrate Judge