FILED
FEB 13 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RON FREEMAN,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>DEPUTY GUSTIN, et al.,<br><br>　　　　Defendants. | No. C 03-5440 MJJ (PR)<br><br>**FURTHER PRETRIAL ORDER;<br>INSTRUCTING CLERK TO UPDATE<br>PLAINTIFF'S ADDRESS** |

Plaintiff, a California state prisoner formerly incarcerated at San Quentin State Prison, filed this pro se civil rights complaint pursuant to 42 U.S.C. § 1983. The matter came before the Court for a status conference on February 12, 2008.[1] Good cause appearing, it is hereby ordered as follows:

　　1.　On or before **February 22, 2008,** defendants <u>shall</u> file proposed jury instructions. Plaintiff may also file proposed jury instructions on or before **February 22, 2008**.

　　2.　The Court will conduct voir dire of the jury panel; the deadline for the parties to file proposed voir dire questions for the jury panel is **February 22, 2008.**

　　3.　Any party wishing to call the a witness who is incarcerated is responsible for ensuring the presence of said witness at trial. The party calling the incarcerated witness <u>shall</u> file, on or before than **February 22, 2008,** a proposed Writ of Habeas Corpus Ad Testificandum, or any other writ or order from the Court that might be necessary to ensure

---

[1] Plaintiff appeared in person and defense counsel appeared by telephone.

G:\PRO-SE\MJJ\CR.03\freeman.pto2.wpd

the witness's presence at trial, which proposed writ or order shall include all necessary information for custodial officials to locate and identify the incarcerated witness and to transport him to the courthouse for trial in a timely fashion. <u>Failure to comply with these provisions of this order will preclude the party from calling said incarcerated witness to testify at trial</u>.

    4.    Plaintiff shall serve a copy of all papers filed with the Court upon defendants' attorney at the following address:

>Edward J. Kiernan
>Office of the County Counsel, County of Marin
>3510 Civic Center Drive, Room 303
>San Rafael, CA 94903

    5.    All provisions of the June 7, 2008 Amended Pretrial Order not inconsistent with this order remain in effect.

    6.    Plaintiff notified the Court orally at the status conference that his address has changed, and that his current address is:

>190 Mill Street
>San Rafael, CA 94901

The Clerk shall mail a copy of this order to plaintiff at his current address, and shall also update the Court's docket to reflect plaintiff's current address.

IT IS SO ORDERED.

DATED: 2/13/2008

MARTIN J. JENKINS
United States District Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

FREEMAN,

        Plaintiff,

v.

RITCHIE ET AL et al,

        Defendant.

Case Number: CV03-05440 MJJ

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on February 14, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Renee Giacomini Brewer
Marin County Counsel's Office
3501 Civic Center Drive, Room 275
San Rafael, CA 94903

Ronald L. Freeman
190 Mill Street
San Rafael, CA 94901

Dated: February 14, 2008

*MNarcisse*
Richard W. Wieking, Clerk
By: Monica Narcisse, Deputy Clerk