PATRICK K. FAULKNER, COUNTY COUNSEL
Renee Giacomini Brewer, SBN 173012
3501 Civic Center Drive, Room 303
San Rafael, CA 94903
Tel.: (415) 499-6117, Fax: (415) 499-3796

Attorney(s) for the Defendant

**FILED**

FEB 2 5 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT

| | |
|---|---|
| RONALD FREEMAN,<br><br>   Plaintiff,<br><br>   v.<br><br>JUDGE RITCHIE ET AL.,<br><br>   Defendants | Case No.: C03 5440 MJJ<br><br>**WRIT OF HABEAS CORPUS AD TESTIFICANDUM**<br><br>Trial Date: March 10, 2008<br>Time: 8:30 a.m.<br>Judge: Hon. Martin J. Jenkins |

TO THE UNITED STATES MARSHALL'S OFFICE, San Francisco, CALIFORNIA:

The United States Marshall's Office is hereby directed to produce the person of Inmate Chhayarith Reth (USM 989-63011), presently serving his imposed sentence at the Alameda County Jail, the Glen Dyer Facility at 550 Sixth Street, Oakland, California, 94607, at the United States District Court, Northern District of California, on March 12, 2008, beginning at 8:30 a.m., for the purpose of attending a trial on Ronald Freeman v. Ritchie, et al., Case no. C03-05440 MJJ, and to keep the prisoner safe in custody and confine him from day to day when not appearing before the Judge of the United States District Court.

At the final conclusion of the proceedings, the U.S. Marshall's Office shall return Chhayarith Reth to the Alameda County Jail, the Glen Dyer Facility in Oakland, California, where he is serving his imposed sentence.

Dated, at San Francisco, California, this 25th day of February, 2008.

_____
Honorable Martin J. Jenkins

C03-5440 MJJ
WRIT OF HABEAS CORPUS AD TESTIFICANDUM
27249.doc