| | |
|---|---|
| 1  PATRICK K. FAULKNER, COUNTY COUNSEL<br>   Renee Giacomini Brewer, SBN 173012<br>2  3501 Civic Center Drive, Room 303<br>   San Rafael, CA 94903<br>3  Tel.: (415) 499-6117, Fax: (415) 499-3796<br>4<br>   Attorney(s) for the Defendant | **FILED**<br><br>FEB 2 5 2008<br><br>RICHARD W. WIEKING<br>CLERK, U.S. DISTRICT COURT<br>NORTHERN DISTRICT OF CALIFORNIA |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT

| | |
|---|---|
| RONALD FREEMAN,<br><br>　　　Plaintiff,<br><br>v.<br><br>JUDGE RITCHIE ET AL.,<br><br>　　　Defendants | Case No.: C03 5440 MJJ<br><br>**WRIT OF HABEAS CORPUS AD TESTIFICANDUM**<br><br>Trial Date: March 10, 2008<br>Time: 8:30 a.m.<br>Judge: Hon. Martin J. Jenkins |

TO THE UNITED STATES MARSHALL'S OFFICE, AVENAL, CALIFORNIA:

　　The United States Marshall's Office is hereby directed to produce the person of Inmate David Scott Golden (V-12925), presently serving his imposed sentence at Avenal State Prison in Avenal, California, at the United States District Court, Northern District of California, on March 12, 2008, beginning at 8:30 a.m., for the purpose of attending a trial on <u>Ronald Freeman v. Ritchie, et al.</u>, Case no. C03-05440 MJJ, and to keep the prisoner safe in custody and confine him from day to day when not appearing before the Judge of the United States District Court.

　　At the final conclusion of the proceedings, the U.S. Marshall's Office shall return David Scott Golden to the Avenal State Prison in Avenal, California, where he is serving his imposed sentence.

　　Dated, at San Francisco, California, this 2 5 day of February, 2008.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Honorable Martin J. Jenkins

C03-5440 MJJ
WRIT OF HABEAS CORPUS AD TESTIFICANDUM
27232.doc